## Commonwealth v. Maisonet, Appellant.

Argued May 25, 1967. Before BELL, C. J., MUSMAN-NO, EAGEN, O'BRIEN and ROBERTS, JJ.

*Harold N. Fitzkee, Jr.,* for appellant.

*John T. Miller,* First Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, June 29, 1967:
Order affirmed.
Mr. Justice Jones and Mr. Justice Cohen took no part in the consideration or decision of this case.